UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GARIBALDI ENCARNACION** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 10-4336** |
| | * | |
| **BP EXPLORATION & PRODUCTION, INC., ET AL.** | * | **SECTION "B"(2)** |

## ORDER

Considering Plaintiff's Motion to Dismiss Claims against Defendant, Stallion Offshore Quarters, Inc. ("Stallion") (Rec. Doc. No. 24),

**IT IS ORDERED** that the motion be and is hereby **GRANTED**; all claims asserted by Plaintiff in the above captioned action against Defendant, Stallion be and are hereby **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs. All claims of Plaintiff against all remaining parties are reserved.

New Orleans, Louisiana, this 9TH day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE

1