UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GARIBALDI ENCARNACION** | * | **CIVIL ACTION** |
| versus | * | NO. 10-CV-4336 |
| **BP EXPLORATION & PRODUCTION, INC., STALLION OFFSHORE QUARTERS, INC., and SOUTHERN ENVIRONMENTAL OF LOUISIANA, LLC** | * | SECTION "B" |
| | * | DIVISION "2" |
| | * | JUDGE IVAN L.R. LEMELLE |
| | * | |
| | * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**BP EXPLORATION & PRODUCTION INC.'S THIRD PARTY COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes BP Exploration & Production Inc. ("BP"), defendant in the original Complaint, who, as third party plaintiff, files this Third Party Complaint respectfully averring, upon information and belief, as follows:

1.

Named third-party defendant is Insulation Technologies, Inc. ("Insulation Technologies"), a company incorporated under the laws of Louisiana with its principal place of business in Louisiana. Insulation Technologies is doing business in the State of Louisiana and within the jurisdiction of this Honorable Court.

2.

This Honorable Court has jurisdiction over this cross claim pursuant to 28 U.S.C. § 1367, and, alternatively, under 28 U.S.C. § 1333 and/or 28 U.S.C. § 1331.

-2-

3.

Venue is proper in this judicial district under 28 U.S.C. § 1391.

4.

BP is a foreign corporation authorized to do and doing business in the State of Louisiana.

5.

Plaintiff in the main demand, Garibaldi Encarnacion, sued BP in this proceeding on November 16, 2010, alleging that he had suffered personal injuries from a resulting evacuation when an explosion occurred in a meeting room aboard the *Floatel One*.

6.

At the time of Mr. Encarnacion's alleged accident and at all pertinent times herein, BP and Insulation Technologies were parties to a Master Service Contract ("MSC") regarding the response efforts for the *Deepwater Horizon* oil spill.

7.

At the time of Mr. Encarnacion's alleged accident and at all pertinent times herein, upon information and belief, Southern Environmental was a subcontractor of Insulation Technologies providing laborers for certain aspects of the response efforts for the *Deepwater Horizon* oil spill, including the *Floatel One*.

8.

At the time of Mr. Encarnacion's alleged accident and at all pertinent times herein, upon information and belief, Mr. Ecarnacion was employed by Southern Environmental of Louisiana LLC to assist in response efforts for the *Deepwater Horizon* oil spill.

-3-

9.

Under the terms of the MSC, Insulation Technologies is contractually required to protect, defend and indemnify BP from claims of physical injury suffered by Mr. Encarnacion.

10.

BP is entitled to reimbursement of all costs incurred in defense of claims of Mr. Encarnacion.  BP is also entitled to a declaration that Insulation Technologies and its insurer(s) are required to defend and indemnify against Mr. Encarnacion's claims.

11.

In addition, the MSC also provides that BP is to be named as an additional insured on Insulation Technologies' insurance policies, and that such insurance should be endorsed to be primary to any other insurance coverage available to BP.

12.

BP is entitled to defense and contractual indemnity from Insulation Technologies for any liability it may have to Mr. Encarnacion, as well all personal injuries sustained by Mr. Encarnacion.

13.

BP is entitled to coverage under Insulation Technologies's insurance policies for any liability it may have to Mr. Encarnacion, as well all personal injuries sustained by Mr. Encarnacion.

14.

To the extent that Insulation Technologies failed to maintain or endorse its insurance as required by the Agreement, or to the extent that the insurance coverage obtained by Insulation

-4-

Technologies has exclusions applicable to BP, Insulation Technologies' indemnity obligations are not be limited, lessened, or extinguished.

15.

BP reiterates and realleges all answers, denials, and other pleadings filed or to be filed in this lawsuit as if copied herein.

**WHEREFORE**, defendant and third-party plaintiff, BP Exploration & Production Inc., prays that:

1. Insulation Technologies, be duly cited to appear and answer this Complaint;

2. This Court find BP Exploration & Production Inc. is entitled to defense and contractual indemnity from Insulation Technologies, Inc. for any liability it may have to Mr. Encarnacion including reimbursement of all costs incurred in defense of claims of Mr. Encarnacion and a declaration that Insulation Technologies, Inc. and its insurers must defend and indemnify BP Exploration & Production Inc. from and against the claims of Mr. Encarnacion; and

3. This Court finds BP Exploration & Production Inc. is entitled coverage under Insulation Technologies, Inc.'s insurance policies for any liability it may have to Mr. Encarnacion.

        Respectfully submitted,

        /s/ Mark D. Latham
        Don K. Haycraft (Bar #14361)
        Mark D. Latham, T.A. (Bar #19673)
        Emma Hinnigan (Bar #31783)
        Devin C. Reid (Bar #32645)
        LISKOW & LEWIS
        701 Poydras Street, Suite 5000
        New Orleans, LA 70139-5099
        Telephone:  504-581-7979
        Fax:  504-556-4108

        ***Attorneys for BP Exploration & Production Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 29, 2011, a copy of the above and foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

        /s/ Mark D. Latham

Insulation Technologies, Inc. will be served by personal service of the summons and complaint in accordance with F.R.C.P. 4(h) on its registered agent for service of process:

Michael D. Petyavin
c/o Gaudry, Ranson, Higgins & Gremillion LLC
401 Whitney Ave., Suite 500
Gretna, LA 70056