UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GARIBALDI ENCARNACION** | * **CIVIL ACTION NO. 10-04336** |
| | * |
| **VERSUS** | * |
| | * **SECTION : "E" - Judge Morgan** |
| **BP EXPLORATION AND PRODUCTION, INC., STALLION OFFSHORE QUARTERS, INC., AND SOUTHERN ENVIRONMENTAL OF LOUISIANA, LLC** | * |
| | * **MAGISTRATE: (2) – Mag. Wilkinson** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING THE ABOVE AND FOREGOING,** it is ordered that defendant BP Exploration and Production, Inc., only, be and hereby is dismissed from this case, without prejudice.

New Orleans, LA, this __24th__ day of __April__, 2012.

_____
Judge