UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GARIBALDI ENCARNACION** | * | **CIVIL ACTION** |
| versus | * | NO.  10-CV-4336 |
| **BP EXPLORATION & PRODUCTION, INC., STALLION OFFSHORE QUARTERS, INC., and SOUTHERN ENVIRONMENTAL OF LOUISIANA, LLC** | * | SECTION "E" |
| | * | DIVISION "2" |
| | * | JUDGE SUSIE MORGAN |
| | * | |
| | * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING THE MOTION TO DISMISS:

IT IS HEREBY ORDERED that all claims asserted herein by Third Party Plaintiff, BP Exploration & Production Inc., against Third Party Defendant, Insulation Technologies Inc., be and are dismissed without prejudice, with each party to bear their own costs.

THUS DONE AND SIGNED on the 25th day of _____April_____, 2012

_____
DISTRICT COURT JUDGE