UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GARIBALDI ENCARNACION                      CIVIL ACTION

VERSUS                                     NO. 10-4336

BP EXPLORATION & PRODUCTION, INC. ET AL    SECTION "E" (2)

## ORDER OF PARTIAL DISMISSAL

The Court entered an order on June 20, 2012 directing the plaintiff to move for entry of default against defendant Canal Barge Company or show cause in writing within 30 days why his claims against that defendant should not be dismissed for failure to prosecute (record document #61). More than 30 days have now expired and no responsive pleadings have been filed by the defendant, nor has a default been entered, accordingly;

IT IS ORDERED, that the claims of plaintiff against defendant Canal Barge Company are dismissed without prejudice for failure to prosecute.

New Orleans, Louisiana, this 30th day of July, 2012.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE