UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GARIBALDI ENCARNACION | CIVIL ACTION |
| VERSUS | NO. 10-4336 |
| BP EXPLORATION & PRODUCTION, INC. ET AL | SECTION "E" (4) |

ORDER OF PARTIAL DISMISSAL

The record reflects that counsel has failed to show good cause why service of process has not been effected upon the defendant F/V Floatel One.

Accordingly,

IT IS ORDERED that the claims of plaintiff against the defendant F/V Floatel One are dismissed without prejudice in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 28th day of February, 2013.

SUSIE MORGAN
UNITED STATES DISTRICT JUDGE